UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. __1:22-829__ |
| | ) | |
| | ) | 18 U.S.C. § 287 |
| v. | ) | |
| | ) | |
| **GREENWAY ENERGY L.L.C.** | ) | |
| **SAVANNAH RIVER CONSULTING L.L.C.** | ) | |
| | ) | |
| | ) | |
| | ) | **INFORMATION** |

THE UNITED STATES ATTORNEY CHARGES:

### COUNT 1

At all times relevant to this Indictment:

    A.    Government Entities and Programs

    1.    The United States Department of Energy's (DOE) mission is to ensure America's security and prosperity by addressing its energy, environmental, and nuclear challenges through transformative science and technology solutions.

    2.    The Savannah River National Laboratory (SRNL) is the applied research and development laboratory at the United States Department of Energy's (DOE) Savannah River Site (SRS).

    B.    Parties

    3.    **GREENWAY ENERGY L.L.C.** is a South Carolina corporation engaged in hydrogen research for hydrogen production, hydrogen storage, and fuel cell technology applications in Aiken, South Carolina.

2

4.     **SAVANNAH RIVER CONSULTING L.L.C.** is a South Carolina corporation engaged in commercial physical research in Aiken, South Carolina.

5.     **GREENWAY ENERGY L.L.C.** and **SAVANNAH RIVER CONSULTING L.L.C.** participated in research partnerships and received research grant funds from and through the DOE as administered by SRNL.

6.     Beginning at a time unknown, but from at least December 1, 2010 and continuing until in or about September 2019 in the District of South Carolina and elsewhere, the defendants **GREENWAY ENERGY L.L.C.** and **SAVANNAH RIVER CONSULTING L.L.C.** made and presented to the United States Department of Energy claims upon and against the United States, that is: demands for payment for employee labor hours, knowing that the claims were false, fictitious, and fraudulent.

All in violation of Title 18, United States Code, Section 287.

ADAIR F. BOROUGHS
UNITED STATES ATTORNEY

By: _____
T. DeWayne Pearson (Fed. ID #10859)
Assistant United States Attorney
1441 Main Street, Suite 500
Columbia, South Carolina 29201
Tel.:   803-929-3000
Fax:   803-256-0233
Email: DeWayne.Pearson@usdoj.gov